696

phone Co. v. *Van Dyke*, 296 U. S. 533; *Enterprise Irrigation District* v. *Canal Co.*, 243 U. S. 157, 162, 165; *Hale* v. *Lewis*, 181 U. S. 473, 479, 480; *Eustis* v. *Bolles*, 150 U. S. 361, 368, 370. Messrs. *Henry B. Graves* and *Mark L. Rowley* for appellant. *Mr. Jason L. Honigman*, with whom Messrs. *Alex J. Groesbeck* and *A. W. Sempliner* were on the brief, for appellee.

No. —, original. Ex parte O'DELL. February 17, 1936. Motion for leave to file petition for writ of habeas corpus denied. *Mr. Henry C. O'Dell, pro se.*

No. —, original. Ex parte PHILLIPS. February 17, 1936. Motion for leave to file petition for writ of habeas corpus denied. *Mr. Charles E. Phillips, pro se.*

No. —, original. Ex parte MAISH. February 17, 1936. Motion for leave to file petition for writ of habeas corpus denied. *Mr. Earl Maish, pro se.*

No. 729. JEWISH MENTAL HEALTH SOCIETY v. VILLAGE OF HASTINGS ET AL. Appeal from the Supreme Court of New York. Jurisdictional statement distributed February 15, 1936. Decided March 2, 1936. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Euclid* v. *Ambler Realty Co.*, 272 U. S. 365, 387–389; *Jack Lewis, Inc.*, v. *Mayor and City Council of Baltimore et al.*, 290 U. S. 585; *Cusack Co.* v. *Chicago*, 242 U. S. 526, 530, 531; *Hadacheck* v. *Los Angeles*, 239 U. S. 394; *Reinman* v. *Little Rock*,